IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Asuama, Yaw Y | Case Number: 07 B 12986 |
| | Judge: Hollis, Pamela S |
| Printed: 5/6/08 | Filed: 7/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 24, 2008
Confirmed: October 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,126.00 | |
| Secured: | | 1,065.20 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 60.80 |
| Other Funds: | | 0.00 |
| Totals: | 1,126.00 | 1,126.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Veronica D Joyner | Administrative | 2,600.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 1,366.63 | 253.62 |
| 4. | Brandon Shores Special Project | Secured | 8,746.00 | 811.58 |
| 5. | Countrywide Home Loans Inc. | Secured | 18,054.30 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 257.58 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 199.67 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 63.81 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 177.85 | 0.00 |
| 10. | Bank Of Marin | Unsecured | 99.61 | 0.00 |
| 11. | AT&T Wireless | Unsecured | 60.20 | 0.00 |
| 12. | Aspire Visa | Unsecured | 36.57 | 0.00 |
| 13. | Internal Revenue Service | Priority | | No Claim Filed |
| 14. | Patience K. Yeboah | Priority | | No Claim Filed |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 16. | Internal Revenue Service | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 31,662.22 | $ 1,065.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 60.80 |
| | _____ |
| | $ 60.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Asuama, Yaw Y

Printed:  5/6/08

Case Number:  07 B 12986
Judge:  Hollis, Pamela S
Filed:  7/20/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

